UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

PROVIDED TO
SANTA ROSA C.I. ON
APR 2 1 2021
FOR MAILING BY

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

CHRISTOPHER M. TIERNEY,

Inmate ID Number: R56554,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 4:21cv174 WS-MAF
*(To be filled in by the Clerk's Office)*

v.

Sergeant Hunter Harrison,
Officer Monterrous Presha,
Officer Bates (see attached)

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Jury Trial Requested?**
☑ YES  ☐ NO

FILED USDC FLND TL
APR 23 '21 AM 9:59

NAMES OF DEFENDANTS CONTINUED...

4. NURSE "LIZ"
5. NURSE "NEEL"
6. INSPECTOR JOSEPH VARNUM
7. INSPECTOR TROY BRADY
8. WARDEN JOHNSON (LIBERTY C.I.)
9. CAPTAIN BENNETT
10. DR. CORTEZ (LIBERTY C.I.)
11. MARK INCH, SECRETARY FOR F.D.C. (OFFICIAL CAPACITY)

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: CHRISTOPHER M. TIERNEY   ID Number: R56554

List all other names by which you have been known: N/A

Current Institution: SANTA ROSA CORRECTIONAL INSTITUTION

Address: 5850 EAST MILTON RD.
MILTON, FL. 32583

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: SERGEANT HUNTER HARRISON   (LIBERTY C.I.)

   Official Position: SERGEANT AT LIBERTY CORRECTIONAL INSTITUTION

   Employed at: FLORIDA DEPARTMENT OF CORRECTIONS/LIBERTY CORRECTIONAL INSTITUTION.

   Mailing Address: FLORIDA DEPARTMENT OF CORRECTIONS, SECRETARY'S OFFICE, 501 S. CALHOUN ST., TALLAHASSEE, FL. 32399

   ☑ Sued in Individual Capacity      ☐ Sued in Official Capacity

2. Defendant's Name: OFFICER MONTERROUS PRESHA (LIBERTY C.I.)

   Official Position: OFFICER

   Employed at: F.D.C./LIBERTY CORRECTIONAL INSTITUTION

   Mailing Address: FLORIDA DEPARTMENT OF CORRECTIONS, SECRETARY'S OFFICE, 501 S. CALHOUN ST., TALLAHASSEE, FL. 32399

   ☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

3. Defendant's Name: OFFICER CHARIS BATES (LIBERTY C.I.)

   Official Position: OFFICER

   Employed at: F.D.C./LIBERTY C.I.

   Mailing Address: FLORIDA DEPARTMENT OF CORRECTIONS, SECRETARY'S OFFICE, 501 S. CALHOUN ST., TALLAHASSEE, FL. 32399

   ☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

4. DEFENDANT'S NAME: NURSE "LIZ" (LIBERTY C.I.)
OFFICIAL POSITION: NURSE
EMPLOYED AT: LIBERTY CORRECTIONAL INSTITUTION / F.D.C.
MAILING ADDRESS: FLORIDA DEPARTMENT OF CORRECTIONS, SECRETARY'S OFFICE
501 S. CALHOUN ST.
TALLAHASSEE, FL. 32399
SUED IN INDIVIDUAL CAPACITY ☑

5. DEFENDANT'S NAME: NURSE "NEEL" (LIBERTY C.I.)
OFFICIAL POSITION: NURSE
EMPLOYED AT: LIBERTY C.I. / F.D.C.
MAILING ADDRESS: FLORIDA DEPARTMENT OF CORRECTIONS, SECRETARY'S OFFICE
501 S. CALHOUN ST.
TALLAHASSEE, FL. 32399
SUED IN INDIVIDUAL CAPACITY ☑

6. DEFENDANT'S NAME: INSPECTOR JOSEPH VARNUM
OFFICIAL POSITION: INSPECTOR GENERAL
EMPLOYED AT: FLORIDA DEPARTMENT OF CORRECTIONS / OFFICE OF THE INSPECTOR GENERAL
MAILING ADDRESS: FLORIDA DEPARTMENT OF CORRECTIONS, SECRETARY'S OFFICE
501 S. CALHOUN ST.
TALLAHASSEE, FL. 32399
SUED IN INDIVIDUAL CAPACITY ☑

7. DEFENDANT'S NAME: INSPECTOR TROY BRADY
OFFICIAL POSITION: INSPECTOR GENERAL
EMPLOYED AT: FLORIDA DEPARTMENT OF CORRECTIONS / OFFICE OF THE INSPECTOR GENERAL
MAILING ADDRESS: FLORIDA DEPARTMENT OF CORRECTIONS, SECRETARY'S OFFICE
501 S. CALHOUN ST.
TALLAHASSEE, FL. 32399
SUED IN INDIVIDUAL CAPACITY ☑

8. DEFENDANT'S NAME: WARDEN JOHNSON (LIBERTY C.I.)
OFFICIAL POSITION: WARDEN OF LIBERTY CORRECTIONAL INSTITUTION
EMPLOYED AT: FLORIDA DEPARTMENT OF CORRECTIONS/LIBERTY C.I.
MAILING ADDRESS: FLORIDA DEPARTMENT OF CORRECTIONS, SECRETARY'S OFFICE,
501 S. CALHOUN ST.,
TALLAHASSEE, FL. 32399
SUED IN INDIVIDUAL CAPACITY ☑

9. DEFENDANT'S NAME: CAPTAIN BENNETT (LIBERTY C.I.)
OFFICIAL POSITION: CAPTAIN
EMPLOYED AT: LIBERTY C.I./F.D.C.
MAILING ADDRESS: FLORIDA DEPARTMENT OF CORRECTIONS, SECRETARY'S OFFICE
501 S. CALHOUN ST.
TALLAHASSEE, FL. 32399
SUED IN INDIVIDUAL CAPACITY ☑

10. DEFENDANT'S NAME: DR. CORTEZ (LIBERTY C.I.)
OFFICIAL POSITION: DOCTOR
EMPLOYED AT: LIBERTY C.I./F.D.C.
MAILING ADDRESS: FLORIDA DEPARTMENT OF CORRECTIONS, SECRETARY'S OFFICE,
501 S. CALHOUN ST.
TALLAHASSEE, FL. 32399
SUED IN INDIVIDUAL CAPACITY ☑

11. DEFENDANT'S NAME: MARK INCH, SECRETARY FOR F.D.C. (OFFICIAL POSITION)
OFFICIAL POSITION: SECRETARY OF FLORIDA DEPARTMENT OF CORRECTIONS.
EMPLOYED AT: FLORIDA DEPARTMENT OF CORRECTIONS, SECRETARY'S OFFICE
MAILING ADDRESS: FLORIDA DEPARTMENT OF CORRECTIONS, SECRETARY'S OFFICE
501 S. CALHOUN ST.
TALLAHASSEE, FL. 32399
SUED IN OFFICIAL CAPACITY ☑

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee            ☐ Civilly Committed Detainee

☑ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other *(explain below)*:

_N/A_

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

ON DECEMBER 9, 2017, AT APPROXIMATELY 9:30 AM, IN THE INFIRMARY, AT LIBERTY CORRECTIONAL INSTITUTION, I WAS BEING HOUSED IN J-2-1-01S, WHEN A NURSE CAME TO MY CELL WINDOW, WORDS WERE EXCHANGED, AND I FELT LIKE THE NURSE WAS BEING DISRESPECTFUL AND TREATING ME AS IF I HAD CAUSED TROUBLE TO BE IN THAT CELL. I TOLD HER I WAS NOT IN TROUBLE, THAT I WAS ONLY IN THERE, THE CELL, BECAUSE ANOTHER INMATE HAD STABBED ME IN THE FACE. EVENTUALLY, THE DISCUSSION BETWEEN THE NURSE AND I BECAME HEATED AND WE BOTH GOT DISRESPECTFUL. THE NURSE WENT TO GET OFFICER PRESHA. OFFICER PRESHA CAME UP TO THE CELL DOOR OF THE INFIRMARY CELL AND IMMEADIATELY BECAME DISRESPECTFUL AND I TOLD OFFICER PRESHA TO GO GET HIS "O.I.C." (OFFICER IN CHARGE) BECAUSE I FELT LIKE THE CONVERSATION WAS NOT GOING ANYWHERE AND THAT I WAS BEING MISTREATED BY THE NURSE AND OFFICER PRESHA. SERGEANT HARRISON CAME TO MY CELL DOOR AND WAS ALSO BEING DISRESPECTFUL AND THREATENING ME, I THEN TOLD SGT. HARRISON I WANTED TO SPEAK WITH A "WHITESHIRT" (L.T., CAPTAIN, MAJOR, OR COLONEL) WHOM IS HIGHER-UP THEN SGT. HARRISON, AS IT BECAME OBVIOUS BOTH PRESHA AND HARRISON WERE NOT BEING

**Statement of Facts Continued** *(Page 2 of 5 )*

MATURE, RESPONSIBLE, AND/OR REASONABLE ABOUT THE SITUATION; WHICH STARTED FROM THE NURSE GETTING AN ATTITUDE AND BEING DISRESPECTFUL AND MISTREATING ME FOR NO REASON. SGT. HARRISON UNLOCKED MY CELL DOOR IN FRONT OF OFFICER PRESHA AND THE NURSE (BLACK FEMALE) AND, KNOWING THAT HE (HARRISON) HAD JUST VIOLATED POLICY AND PROCEDURE, AS INMATES ARE REQUIRED TO BE HANDCUFFED BEHIND THE BACK, SGT. HARRISON TURNED AND ASKED OFFICER PRESHA AND THE NURSE, "DID YOU SEE ANYTHING?", OFFICER PRESHA SAID, "NOPE", THEN WHEN HARRISON ASKED THE NURSE IF SHE SAW ANYTHING, SHE SHOOK HER HEAD AND SAID, "NO!" IMPLYING THAT HE (HARRISON) COULD DO 'WHATEVER' TO ME AND THEY WOULDN'T SAY ANYTHING. SGT. HARRISON THEN SAID TO ME SOMETHING LIKE, 'JUMP BITCH' OR 'DO SOMETHING PUSSY' AND I SAID "YOU OPENED MY DOOR." SGT. HARRISON AND OFFICER PRESHA CAME INTO MY CELL THEN PROCEEDED TO ASSAULT ME, HITTING ME IN THE BODY AND FACIAL AREA. AT ONE POINT I WAS KICKED IN MY HAND WHICH FRACTURED MY HAMATE BONE. I WAS SCREAMING AND YELLING FOR HELP AND MADE IT PAST THE OFFICERS RIGHT OUTSIDE THE CELL DOOR WHERE I NOTICED THE OFFICER'S (PRESHA) I.D. HOLDER ON THE FLOOR AND I LANDED ON TOP

STATEMENT OF FACTS CONTINUED (PAGE 3 OF 5)

OF IT. SGT. HARRISON GRABBED ME BY MY SHIRT, WHICH WAS RIPPED ALREADY FROM THE ALTERCATION AND THREW ME INTO THE CELL, THEN SLAMMED THE DOOR. I IMMEDIATELY STARTED YELLING FOR HELP AND KICKING THE DOOR TO TRY AND ALERT SOMEONE THAT THESE OFFICERS JUST ASSAULTED ME. AS I WAS YELLING FOR HELP, SGT. HARRISON WAS USING HIS SHOE TO TRY AND SMEAR AND WIPE THE BLOOD OFF THE FLOOR OUTSIDE OF THE CELL UP. THERE WAS BLOOD ALL OVER THE CELL FROM THE ALTERCATION FROM THE STAB WOUND IN MY FACE BEING HIT WHICH CAUSED IT TO START BLEEDING AGAIN. A "WHITESHIRT" EVENTUALLY CAME AND TRIED TO GET ME TO SEE THE NURSES WHOM I FELT WERE COMPLICIT IN THE SITUATION, SO I TOLD THE "WHITESHIRT" [CAPTAIN DENNETT], I DID NOT WANT TO BE TOUCHED BY THEM AS I WAS IN FEAR FOR MY LIFE FROM THEM (THE NURSES). A HANDHELD CAMERA WAS BROUGHT AND I SHOWED THE CAMERA THE I.D. I HAD TO SHOW PROOF THAT OFFICER PRESHA WAS IN MY CELL AND THAT AN ALTERCATION TOOK PLACE, AS I NOTICED THEY (OFFICERS) WERE ATTEMPTING TO COVER UP ALL EVIDENCE OF ANY WRONGDOING. I DID EVENTUALLY CUFF UP AND WAS TAKEN INTO ONE OF THE MEDICAL ROOMS. OFFICERS HAD INMATES GO IN AND CLEAN THE CELL/SCENE OF THE CRIME AND I WAS MOVED INTO ADJACENT CELL, THAT I WAS ASSAULTED IN, J2-1-02S. I TRIED TELLING ANY "RESPONSIBLE" PERSONS I CAME INTO CONTACT WITH, INCLUDING DECLARING A PSYCHOLOGICAL EMERGENCY AS I WAS EXPERIENCING ANXIETY, DEPRESSION, PTSD, AND PANIC ATTACKS AS A RESULT OF THIS INCIDENT. I SAW THERE WAS AN INMATE, JESSIE VALDEZ DC#527838, IN THE OPEN BAY WING OF THE INFIRMARY. HE TOLD ME HE SAW EVERYTHING THAT HAD HAPPENED AND AGREED TO CALL MY GIRLFRIEND TO INFORM MY FAMILY. THAT SAME NIGHT, GUARDS CAME AND TOOK ME TO THE OTHER CONFINEMENT DORM, WHERE USUALLY ONLY "DC" INMATES GO. EARLIER, RIGHT AFTER THE INCIDENT, THE DOCTOR WAS TRYING TO GET ME TO SIGN A PIECE OF PAPER BUT WOULD NOT EXPLAIN WHAT THE PAPER WAS FOR AND THE WARDEN MADE A HAND-HELD VIDEO IN FRONT OF MY CELL. I TOLD THE WARDEN

STATEMENT OF FACTS CONTINUED (PAGE 4 of 5)
WHAT HAD OCCURED TO WHICH HE WAS DELIBERATELY INDIFFERENT, AND WAS JUST ATTEMPTING TO COVER UP WHAT THE GUARDS DID. I TOLD HIM I WISHED TO SEE OUTSIDE MEDICAL OR ATLEAST SOMEONE NOT CONNECTED WITH THEIR MEDICAL DEPARTMENT AS I WAS IN FEAR OF FURTHER MISTREATMENT AND/OR RETALIATION. I WAS MOVED TO THE OTHER CONFINEMENT DORM, IN EFFORT TO KEEP ME AWAY FROM JESSIE VALDEZ AND BEING ABLE TO TELL HIM STUFF TO TELL MY FAMILY, AS THEIR ARE NO ACCESS TO PHONES IN MAIN CONFINEMENT DORM. HOWEVER, MY FAMILY ALREADY GOT THE NEWS AND NOTIFIED THE INSPECTOR GENERAL. THE WARDEN CAME TO MY CELL DOOR THE NEXT DAY AND INFORMED ME MY SISTER HAD CALLED HIM CRYING, AND THAT HER PHONE CALL "GOT TO HIM", AND THAT HE HAD NOTHING TO DO WITH THE TWO OFFICERS ASSAULTING ME. HOWEVER, HE WAS NOT CONCERNED WITH WHAT HAD OCCURED WHEN I TOLD HIM, ONLY AFTER HE KNEW MY FAMILY WAS NOTIFIED AND WOULD BE GOING TO TALLAHASSEE'S SECRETARY FOR FLORIDA DEPARTMENT OF CORRECTIONS OFFICE TO COMPLAIN. INSPECTOR GENERAL JOSEPH VARNUM CAME TO SEE ME NEXT. AFTER INTERVIEWING ME, HE INTERVIEWED OFFICERS INVOLVED AND INMATE WITNESS JESSE VALDEZ DC#FS27838. HE (JOSEPH VARNUM) TURNED IN A CASE SUMMARY REPORT STATING "THE EVIDENCE AND TESTIMONY OBTAINED DOES NOT SUPPORT THE ALLEGATION THAT SERGEANT HARRISON AND OFFICER PRESHA CAUSE INJURIES TO INMATE TIERNEY.", EVEN THOUGH OFFICERS CHANGED THEIR STORY AND ATTEMPTED TO OBSTRUCT JUSTICE BY PERJERING THEMSELVES BY PROVIDING FALSE STATEMENTS TO INSPECTOR VARNUM. INSPECTOR VARNUM DID NOT DO A THOROUGH INVESTIGATION BECAUSE HE WOULD HAVE SEEN THE MEDICAL RECORDS FROM NURSE EXAMINING ME AFTER MY ALTERCATION WITH INMATE CHAULTON THOMAS DC#G19889, IN D-DORMITORY, WING 2 ON DECEMBER 9, THE BODY CHART WOULD SHOW NO INJURIES TO MY HAND, AND ONLY A STAB WOUND TO MY FACE. HOWEVER, AFTER ALTERCATION WITH OFFICERS (HARRISON AND PRESHA) MY HAMATE BONE WAS FRACTURED AS A DIRECT RESULT OF THEIR ASSAULT ON ME. INSPECTOR VARNUM HAD MY HAND X-RAYED AND WHEN I WENT TO GET MY HAND X-RAYED I NOTICED A PAPER THAT SAID —

STATEMENT OF FACTS CONTINUED (PAGE 5 OF 5)
THAT I WAS GETTING MY HAND X-RAYED FOR INJURIES TO MY HAND FROM AN ALTERCATION WITH AN INMATE, THIS IS FALSIFIED DOCUMENTS. MY X-RAY WAS FOUND TO SHOW A FRACTURE OF MY HAMATE BONE IN MY RIGHT HAND. INSPECTOR JOSEPH VARNUM FAILED TO PROSECUTE EVEN THOUGH EVIDENCE DID SUPPORT AN AGGRAVATED BATTERY CHARGE AND A PERJURY CHARGE AND FALSIFYING DOCUMENTS. DR. CORTEZ FALSIFIED MY PAPERWORK SAYING MY HAND INJURY CAME FROM ALTERCATION WITH INMATE, HE ALSO DID NOT PROVIDE ME WITH ANY PAIN MEDICATION OR ANY TREATMENT FOR BROKEN BONE/FRACTURED HAMATE, THIS IS DELIBERATE INDIFFERENCE. NOR DID DR. CORTEZ PRESCRIBE OR ORDER ANY TREATMENT FOR MY STAB WOUND IN MY FACE WHICH WAS EXACERBATED BY OFFICER'S ASSAULTING ME BY BEING RIPPED BACK OPEN AFTER IT HAD STOPPED BLEEDING AND WAS STARTING TO HEAL. SGT. HARRISON DID NOT REPORT USE OF FORCE, AND TRIED TO HIDE HIS INVOLVEMENT IN INCIDENT, ALONG WITH OFFICER BATES, CAPTAIN BENNETT, OFFICER PRESHA, NURSE "LIZ", AND NURSE "NEEL", AND WARDEN JOHNSON.. MARK INCH, FOR OFFICIAL REPRESENTATIVE OF F.D.C., FOR SUPERVISORY LIABILITY, FOR FAILING TO SUPERVISE, DISCIPLINE AND/OR TRAIN OFFICERS OF THEIR DUTY TO REFRAIN FROM VIOLATING PRISONER'S CIVIL RIGHTS..

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

VIOLATION OF 8th AMENDMENT, CRUEL AND UNUSUAL PUNISHMENT, EXCESSIVE/ 14th amendment, right to due process violation; mental pain and suffering; UNECESSARY/UNLAWFUL USE OF FORCE; DELIBERATE INDIFFERENCE, DELIBERATE / 1ST AMENDMENT RETALIATION CLAIM; MALICIOUS/ INDIFFERENCE TO A MEDICAL NEED, AGGRAVATED BATTERY, SUPERVISORY LIABILITY, FAILURE TO PROSECUTE, CODE 18 U.S.C. 242 SECTION 2; 48 U.S.C. 535; FLA STAT. 950.09 ; 42 U.S.C.S 1997e(e) (supp.II 1996); RICO ACT; CONSPIRACY TO DEPRIVE ME OF MY CONSTITUTIONAL RIGHTS, FALSIFIED DOCUMENTS, PERJURY., PROVIDING FALSE STATEMENTS, OBSTRUCTION OF JUSTICE.; (FAILURE TO REPORT USE OF FORCE; ~~~~~~) FLA STAT. §944.35(4)(a), FLA STAT. §944.35(2); 944.35(4)(b) ; FLA STAT. §944.35(3)(a), +2

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

INJUNCTIVE AND DECLATORY RELIEF, COMPENSATORY AND PUNITIVE DAMAGES. SUPPLEMENTAL JURISDICTION OVER STATE LAW CLAIMS. REPRESENTATION PROVIDED BY THE COURT. $200,000.00 U.S.D.; (Degorski v. Wilson 2014 WL 6704561)

> **ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

> **ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: N/A  Case #: N/A
   Court: N/A
2. Date: N/A  Case #: N/A
   Court: N/A
3. Date: N/A  Case #: N/A
   Court: N/A

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either **state or federal court** dealing with the same facts or issue involved in this case?

☐ YES  ☑ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: N/A  Parties: N/A

Court: N/A          Judge: N/A

Date Filed: N/A     Dismissal Date *(if not pending)*: N/A

Reason: N/A

2. Case #: N/A      Parties: N/A

   Court: N/A       Judge: N/A

   Date Filed: N/A  Dismissal Date *(if not pending)*: N/A

   Reason: N/A

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES   ☒ NO

If you answered yes, identify all lawsuits:

1. Case #: N/A      Parties: N/A

   Court: N/A       Judge: N/A

   Date Filed: N/A  Dismissal Date *(if not pending)*: N/A

   Reason: N/A

2. Case #: N/A      Parties: N/A

   Court: N/A       Judge: N/A

   Date Filed: N/A  Dismissal Date *(if not pending)*: N/A

   Reason: N/A

3. Case #: N/A      Parties: N/A

Court: N/A _____ Judge: N/A _____

Date Filed: N/A _____ Dismissal Date *(if not pending)*: N/A _____

Reason: N/A _____

4. Case #: 8:16-CV-2917-T-17 AEP  Parties: CHRISTOPHER M. TIERNEY V. DEPUTY RYAN FERGUSON, ET AL.

Court: U.S. DISTRICT COURT TAMPA DIVISION  Judge: ELIZABETH KOVACHEVICH

Date Filed: OCT. 2016   Dismissal Date *(if not pending)*: DEC. 2019

Reason: EXCESSIVE USE OF FORCE / 14th AMENDMENT VIOLATION.

5. Case #: 3:20-CV-5738-LC1-EMT  Parties: CHRISTOPHER M. TIERNEY V. L.T. MERITT

Court: U.S. DISTRICT COURT, PENSACOLA DIV.  Judge: ELIZABETH TIMOTHY

Date Filed: AUG. 21, 2020   Dismissal Date *(if not pending)*: PENDING

Reason: 8th AMENDMENT VIOLATION, CRUEL AND UNUSUAL PUNISHMENT

6. Case #: N/A _____ Parties: N/A _____

Court: N/A _____ Judge: N/A _____

Date Filed: N/A _____ Dismissal Date *(if not pending)*: N/A _____

Reason: N/A _____

*(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.***)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 4/20/21    Plaintiff's Signature: *Christopher M. Tierney*

Printed Name of Plaintiff: CHRISTOPHER M. TIERNEY # R56554

Correctional Institution: SANTA ROSA CORRECTIONAL INSTITUTION

Address: 5850 EAST MILTON ROAD

MILTON, FLORIDA 32583

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the 21 day of APRIL,

20 21.

Signature of Incarcerated Plaintiff: *Christopher M. Tierney*

CHRISTOPHER M. MERCNEY / #R36354
SANTA ROSA CORRECTIONAL INSTITUTION
5850 E. MILTON RD.
MILTON, FL. 32583

THE CLERK OF THE CO:
U.S. DISTRICT COURT
111 N. ADAMS STREET
TALLAHASSEE, FL. 3230