IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER M. TIERNEY,
DOC # R56554,

    Plaintiff,

v.                                                           4:21cv174–WS/MAF

SERGEANT HUNTER HARRISON and
OFFICER MONTEROUS PRESHA,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 38) docketed March 23, 2022. The magistrate judge recommends that Defendant Harrison's motion (ECF No. 30) to set aside the clerk's entry of default be granted. No objections to the report and recommendation have been filed.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 38) is

hereby ADOPTED and incorporated by reference into this order.

2. Defendant Harrison's motion (ECF No. 30) to set aside the clerk's entry of default is GRANTED.

3. The clerk's entry of default (ECF No. 27) is VACATED AND SET ASIDE.

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___26th___ day of ___April___, 2022.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE