IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER M. TIERNEY,

    Plaintiff,

v.                                                  4:21cv174–WS/MAF

SERGEANT HUNTER HARRISON and
OFFICER MONTEROUS PRESHA,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 45) docketed June 8, 2022. The magistrate judge recommends that Defendants' motion to dismiss (ECF No. 37) to dismiss Plaintiff's amended complaint be granted in part and denied in part. No objections to the report and recommendation have been filed.

The undersigned has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 45) is ADOPTED and incorporated by reference into this order.

2. Defendant Presha's motion to dismiss (ECF No. 37), adopted by Defendant Harrison (ECF No. 40), is GRANTED as to Plaintiff's state law claims and Eighth Amendment claim for deliberate indifference.

3. Plaintiff's Eighth Amendment claim for deliberate indifference and state law claims pursuant to Florida Statute § 944.35 are DISMISSED with prejudice.

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___11th___ day of ___July___, 2022.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE